**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Ahmed Mohamud Anianshe,

Plaintiff,

Civil 01-1909 PAM

v.

**ORDER OF DISMISSAL**

John Terrance Souvage, et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 6, 2002

**JUDGE PAUL A. MAGNUSON**
**United States District Court**

MAR 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK